NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROMALA STONE, INC.,**
*Plaintiff-Appellant,*

v.

**THE HOME DEPOT U.S.A., INC.,**
*Defendant-Appellee.*

---

2010-1044

---

Appeal from the United States District Court for the Northern District of Georgia in case no. 04-CV-2307, Judge Richard W. Story.

---

**ON MOTION**

---

Before RADER, *Chief Judge.*

## ORDER

The parties move jointly and without opposition for leave for Romala Stone, Inc. and The Home Depot U.S.A., Inc. each to file a supplemental brief containing up to 15 pages addressing the decision of the United States Supreme Court in *Bilski v. Kappos*, No. 08-964 (June 28, 2010).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The supplemental briefs are due no later than July 30, 2010.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

JUL 0 9 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas Ned Parsekian, Esq.
Holmes J. Hawkins, III, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 9 2010

JAN HORBALY
CLERK